<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6650**

---

ONAJE KUDURA SEABROOK,

Plaintiff - Appellant,

versus

LIEUTENANT ROBINSON, Supervisor of Cypress
Unit at Kershaw Correctional Institution;
DAVID A. KING, Officer at Kershaw Correctional
Institution; RICKIE HARRISON, Warden of
Kershaw Correctional Institution; DEBBIE WISE,
Grievance Coordinator at Kershaw Correctional
Institution; DIRECTOR, SOUTH CAROLINA DEPART-
MENT OF CORRECTIONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-99-3133-2-13AJ)

---

Submitted:  September 20, 2001    Decided:  September 26, 2001

---

Before LUTTIG, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Onaje Kudura Seabrook, Appellant Pro Se.  Terry B. Millar, TERRY B.
MILLAR, L.L.C., Rock Hill, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Onaje Kudura Seabrook appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Seabrook v. Robinson</u>, No. CA-99-3133-2-13AJ (D.S.C. Mar. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>